UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MICHELLE CEA** | **CIVIL ACTION NO.** _____ |
| **VERSUS** | **SECTION:** _____ |
| **THE COLUMNS HOTEL, INC. d/b/a** | |
| **THE COLUMNS HOTEL** | **JURY TRIAL REQUESTED** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## COMPLAINT FOR DAMAGES

TO THE HONORABLE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF LOUISIANA AND THE JUDGES THEREOF:

The complaint of Michelle Cea, a person of majority age domiciled in Princeton, New Jersey, with respect represents:

1.

Made defendant herein is The Columns Hotel, Inc. d/b/a The Columns Hotel a domestic corporation organized under the laws of the State of Louisiana and whose principal office is located at 3811 St. Charles Avenue, New Orleans, Louisiana 70115, which owned, operated, and/or controlled The Columns Hotl located at 3811 St. Charles Avenue, New Orleans, Louisiana 70115.

2.

Jurisdiction of the cause of action against defendant, The Columns Hotel, Inc. is based upon 28 U.S.C. §1332, complete diversity of citizenship exists between the parties

and the amount in controversy exceeds $75,000, exclusive of costs and interest.

3.

Venue is proper in this Court pursuant to 28 U.S.C. § 1391, as a substantial part of the events giving rise to the claim occurred within this judicial district.

4.

On or about Sunday, March 28, 2010, plaintiff, checked into The Columns Hotel. After checking in plaintiff was taken to the only room available with two beds, which upon information and belief was Room #18.

5.

The next morning, on or about Monday, March 29, 2010, plaintiff went into the bathroom of her hotel room to take a shower. The bathroom of plaintiff's hotel room had a sloped tile floor, no bathmat, no handrails, and no anti-skid surfacing on either the ground or the bathtub itself.

6.

After finishing her shower plaintiff stepped out of the tub and slipped on the sloping floor of the bathroom causing her to fall to the ground.

7.

As a result of the casualty above described plaintiff immediately developed and reported pain in her head, right wrist and arm, and back.

8.

As a result of the casualty above described, plaintiff, suffered severe, painful, temporary and permanent disabling injuries to her body which injuries have required and will continue to require medical care and rehabilitation, and, in addition, resulted in emotional distress, loss of enjoyment of life, loss of wages, and temporary and permanent impairment to his wage earning capacity, entitling her to damages in an amount reasonable under the circumstances of this cause.

9.

The casualty aforedescribed was caused by the negligence and fault of defendant, The Columns Hotel, Inc d/b/a The Columns Hotel under La. C.C. Arts. 2315, 2317.1 & 2322 which violations include the following:

a. Defendant knew or in the exercise of reasonable care should have known the sloping tile bathroom floor was an unreasonably dangerous condition;

b. Defendant failed to exercise reasonable care in taking steps to eliminate or mitigate the danger posed by the sloping tile bathroom floor. This includes, but is not limited to, the failure to have handrails for patrons' use getting in and out of the bathtub, the failure to have bathmats for patrons' safety in stepping out of the bathtub, and the failure to have any other type of antiskid surface on either the bathtub or the sloping tile floor for patrons' safety.

10.

Plaintiff hereby requests trial by jury on all claims stated herein.

WHEREFORE, plaintiff, Michelle Cea, prays for judgment against defendant,

The Columns Hotel, Inc. d/b/a The Columns Hotel, and in her favor for compensatory and special damages in an amount reasonable under the circumstances of this cause plus all costs and interest as allowed by applicable law, and for a trial by jury on all claims and causes brought herein and to be brought by way of amended and/or supplemental complaint, and for any additional relief as the facts, law and equity may require.

        Respectfully submitted,

        _/s/ Paul M. Sterbcow_____
        PAUL M. STERBCOW (#17817)
        PATRICK J. SCHEPENS (#32240)
        Lewis, Kullman, Sterbcow & Abramson
        601 Poydras Street, Suite 2615
        New Orleans, Louisiana 70130
        (504) 588-1500
        (504) 588-1514          Facsimile
        sterbcow@lksalaw.com
        pschepens@lksalaw.com

**PLEASE SERVE:**
The Columns Hotel, Inc.
Through its registered agent
Jacques J. Creppel
3811 St. Charles Avenue
New Orleans, LA 70115